DAVID B. HERSHENSON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5812—

GOODWILL INDUSTRIES OF CHICAGO AND COOK COUNTY, ILLINOIS, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

GOODWILL INDUSTRIES OF CHICAGO AND COOK COUNTY, ILLINOIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.